**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   DARRYL LEE GOLDSTEIN,                    No. C 08-04840 SBA (PR)
12              Plaintiff,                    **ORDER REGARDING *IN FORMA***
                                             **_PAUPERIS_ MOTION**
13      v.
14   DON HORSLEY, et al.,
15              Defendants.
                                        /
16

Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983.  On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application.  Plaintiff filed a completed IFP application; however, Plaintiff did not file copies of the Certificate of Funds and prisoner trust account statement.

Ordinarily, a plaintiff is permitted to file a civil action in federal court without prepayment of fees or security if he submits an affidavit that he is unable to pay such fees or give security therefor. See 28 U.S.C. § 1915(a).  If the plaintiff is a prisoner who alleges that he is unable to pay the full filing fee at the time of filing, he must submit: (1) an affidavit that includes a statement of all assets he possesses, and (2) a certified copy of the trust fund account statement for the prisoner for the six-month period immediately preceding the filing of the action, obtained from the appropriate official of each prison at which the prisoner is or was confined.  See id. § 1915(a)(1), (2).  If the court determines that the plaintiff is unable to pay the full filing fee at the time of filing, the plaintiff will

be granted leave to proceed IFP.  This means that the filing fee must be paid by way of an installment plan, according to which the court first will assess and collect a partial filing fee from the prisoner, and then the prisoner will be required to make monthly payments of twenty percent of the preceding month's income credited to Plaintiff's account until the full $350.00 filing fee is paid.  Id. § 1915(b)(1).  The agency having custody of the prisoner is responsible for forwarding to the court payments from Plaintiff's account each time the amount in the account exceeds ten dollars.  See id.

Therefore, before the Court will proceed to review the complaint Plaintiff is hereby ORDERED to file copies of the Certificate of Funds and prisoner trust account statement.  Plaintiff shall do so within **thirty (30) days** of the date of this Order.

**Failure to file copies of Plaintiff's Certificate of Funds and prisoner trust account statement as ordered herein by the thirty-day deadline shall result in the dismissal of this action without prejudice.**

IT IS SO ORDERED.

DATED: 12/12/08

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

1    UNITED STATES DISTRICT COURT
     FOR THE
2    NORTHERN DISTRICT OF CALIFORNIA

3

4    DARRYL LEE GOLDSTEIN,                          Case Number: CV08-04840 SBA

                    Plaintiff,                      **CERTIFICATE OF SERVICE**
5
         v.
6
     DON HORSLEY et al,
7
                    Defendant.
8    ————————————————————/

9    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10   Court, Northern District of California.

11   That on December 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.

13

14

15   Darryl Lee Goldstein
     101 Hyde Street
16   San Francisco, CA 94102

17   Dated: December 12, 2008
                                                   Richard W. Wieking, Clerk
18                                                 By: LISA R CLARK, Deputy Clerk

19

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\CR.08\Goldstein4840.IFPDocs.wpd          3

United States District Court
For the Northern District of California