IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

    Plaintiff,

v.

DON HORSLEY, et al.,

    Defendants.

No. C 08-04840 SBA (PR)

**ORDER GRANTING PLAINTIFF'S MOTION TO SCREEN COMPLAINT PURSUANT TO 28 U.S.C. § 1915A; AND DENYING WITHOUT PREJUDICE HIS REQUEST TO REFER CASE TO PRO SE PRISONER SETTLEMENT PROGRAM**

    Plaintiff, a state prisoner, has filed this civil rights action under 42 U.S.C. § 1983.

    Before the Court is Plaintiff's "Request for Service Order/Referral to Early Resolution [by] Magistrate," which will be construed as a request for the Court to screen the complaint under 28 U.S.C. § 1915A and a request to refer this case to the Pro Se Prisoner Settlement Program. Plaintiff's request to screen the complaint is GRANTED, and his request to refer this case to the Pro Se Prisoner Settlement Program is DENIED without prejudice to refiling after the Court has screened the complaint. The Court will conduct its initial review of the complaint pursuant to 28 U.S.C. § 1915A in a separate written Order.

    This Order terminates Docket no. 9.

    IT IS SO ORDERED.

DATED: September 30, 2010

                                      */s/ Saundra B Armstrong*
                                      SAUNDRA BROWN ARMSTRONG
                                      United States District Judge

G:\PRO-SE\SBA\CR.08\Goldstein4840.grantSCREEN.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

        Plaintiff,

v.

DON HORSLEY et al,

        Defendant.

Case Number: CV08-04840 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 5, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein
101 Hyde Street
San Francisco, CA 94102

Dated: October 5, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.08\Goldstein4840.grantSCREEN.frm