1
2
3
4                    IN THE UNITED STATES DISTRICT COURT
5              FOR THE NORTHERN DISTRICT OF CALIFORNIA
6  DARRYL LEE GOLDSTEIN,                    No. C 08-04840 SBA (PR)
7           Plaintiff,                      **ORDER GRANTING PLAINTIFF'S**
                                            **REQUEST FOR EXTENSION OF TIME**
8     v.                                    **TO FILE AN AMENDMENT TO THE**
                                            **COMPLAINT; AND GRANTING HIS**
9  DON HORSLEY, et al.,                     **MOTION FOR A COPY OF ORIGINAL**
                                            **COMPLAINT**
10          Defendants.
11  _____/

12          Plaintiff, a state prisoner, filed the instant pro se prisoner complaint under 42 U.S.C. § 1983.

13  On February 9, 2011, the Court issued an Order in which Plaintiff was directed to amend his

14  retaliation claims within thirty days.  He was directed to file his amendment to the complaint within

15  the thirty-day deadline, and that the failure to do so would result in dismissal of his retaliation claim

16  without prejudice.

17          Before the Court is Plaintiff's request for an extension of time to file his amendment to the

18  complaint.

19          Good cause appearing, the request is GRANTED.  Plaintiff shall file his amendment to the

20  complaint no later than **thirty (30) days** from the date of this Order.  Plaintiff may amend only his

21  retaliation claim and not the entire complaint.  He must clearly label the document an "Amendment

22  to the Complaint," and write in the case number for this action, Case No. C 08-04840 SBA (PR).

23  The failure to do so on or by the thirty-day deadline will result in the dismissal of his retaliation

24  claim without prejudice.

25          Also before the Court is Plaintiff's motion for an Order directing the Clerk of the Court to

26  provide Plaintiff with a copy of the original complaint.  Good cause appearing, Plaintiff's request for

27  a copy of his original complaint is GRANTED.  The Clerk shall mail Plaintiff a copy of his original

28  complaint (docket no. 1) along with this Order.

**United States District Court**
For the Northern District of California

1    This Order terminates Docket nos. 21 and 26.

2        IT IS SO ORDERED.

3    DATED: _3/31/11_ _____    _____
                                                  SAUNDRA BROWN ARMSTRONG
4                                                 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

G:\PRO-SE\SBA\CR.08\Goldstein4840.eot-A2C.wpd        2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

        Plaintiff,

  v.

DON HORSLEY et al,

        Defendant.
_____/

Case Number: CV08-04840 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
California State Prison - Solano
2100 Peabody Rd.
Vacaville, CA 95696

Dated: April 1, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**United States District Court**
For the Northern District of California