IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

    Plaintiff,

v.

DON HORSLEY, et al.,

    Defendants.

No. C 08-04840 SBA (PR)

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION**

Defendants move for an extension of time to file their dispositive motion. Specifically, they seek an extension to a date that is sixty days from the date Plaintiff files his amendment to the complaint or, in the alternative, for a sixty-day extension of time, up to and including July 12, 2011. The amount of time requested by Defendants is excessive and not warranted based on the record presented. However, having read and considered Defendants' request and the accompanying declaration of counsel, the Court finds that Defendants have made a sufficient showing for a thirty-day extension of time. Accordingly,

IT IS HEREBY ORDERED that Defendants' request for an extension of time is GRANTED in part and DENIED in part. Defendants' dispositive motion shall be filed no later than **June 14, 2011**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than **thirty(30) days** after the date Defendants' motion is filed. Defendants shall file a reply brief no later than **fifteen (15) days** after the date Plaintiff's opposition is filed. No further extensions of time will be granted to Defendants.

This Order terminates Docket no. 30.

IT IS SO ORDERED.

DATED: 4/21/11

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.08\Goldstein4840.GRANTinPARTeot-MSJ.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

        Plaintiff,

  v.

DON HORSLEY et al,

        Defendant.

Case Number: CV08-04840 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
California State Prison - Solano
2100 Peabody Rd.
Vacaville, CA 95696

Dated: April 25, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.08\Goldstein4840.GRANTinPARTeot-MSJ.wpd