IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEE GOLDSTEIN,<br><br>    Plaintiff,<br><br>  v.<br><br>DON HORSLEY, et al.,<br><br>    Defendants. | No. C 08-04840 SBA (PR)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

    This case was referred to Magistrate Judge Nandor Vadas for court-ordered settlement proceedings. On October 25, 2011, the parties appeared before Magistrate Judge Vadas for a settlement conference. In his "Report of <u>Pro Se</u> Prisoner Early Settlement Proceeding" dated October 27, 2011, Magistrate Judge Vadas informed the Court that "[t]he case has been completely settled subject to Plaintiff signing Release." (Oct. 27, 2011 Report at 2.)

    On November 2, 2011, the Court received a copy of the "Stipulation of Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)" signed by both parties as well as a proposed order for the dismissal of this action. The signed stipulation states:

> IT IS HEREBY STIPULATED by and between the parties to this action, through Defendants' designated counsel and Plaintiff, in pro per, that this entire action is hereby DISMISSED WITH PREJUDICE pursuant to F.R.C.P. 41(a)(1). Each party will bear their own costs and attorneys' fees. Plaintiff represents that he is a pro per litigant entering into this Stipulation on his own free will.

(Stipulation at 1.)

    Accordingly, having been notified of the settlement and it appearing that no issue remains for the Court's determination,

    IT IS HEREBY ORDERED THAT this action and all claims asserted herein against all named Defendants are DISMISSED WITH PREJUDICE. The Clerk of the Court shall terminate any pending motions (docket nos. 68, 81, 86, 87, 93, 94, 98) and close the file.

    IT IS SO ORDERED.

DATED:   11/7/11                                 _Saundra B Armstrong_
                                                                          SAUNDRA BROWN ARMSTRONG
                                                                          United States District Judge

G:\PRO-SE\SBA\CR.08\Goldstein4840.dismiss(SETTLED).wpd

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DARRYL LEE GOLDSTEIN,

        Plaintiff,

v.

DON HORSLEY et al,

        Defendant.

Case Number: CV08-04840 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Darryl Lee Goldstein P-79097
California State Prison - Solano
2100 Peabody Rd.
Vacaville, CA 95696

Dated: November 9, 2011

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.08\Goldstein4840.dismiss(SETTLED).wpd   2